Case 12-21174    Doc 1    Filed 05/24/12    Entered 05/24/12 12:24:56    Desc Main
Document    Page 1 of 20

Case 12-21174    Doc 1    Filed 05/24/12    Entered 05/24/12 12:24:56    Desc Main
Document    Page 18 of 20